AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States
*Plaintiff*
v.
Daniel Y. Lee
*Defendant*

Case No. 1:05-cr-126

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States .

Date: 12/14/2023

/s/ Alexander E. Blanchard
*Attorney's signature*

Alexander E. Blanchard, 81872 (VA)
*Printed name and bar number*

U.S. Attorney's Office, Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

alexander.blanchard@usdoj.gov
*E-mail address*

(703) 299-3818
*Telephone number*

(703) 299-3980
*FAX number*