IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cr-126-TSE |
| | ) | |
| DANIEL Y. LEE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on the government's Motion for Limited Disclosure of Sealed Information and Provision of Select Docket Entries to the Government (the "Motion"). For the reasons set forth in the Motion, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the government may disclose information contained in the defendant's Presentence Report if such is required by *Giglio v. United States*, 405 U.S. 150 (1972) or the Jencks Act, 18 U.S.C. § 3500; it is further

ORDERED that anything disclosed pursuant to this Order shall, consistent with the Court's Protective Order entered in Case No. 1:05-cr-68-RDA-1 (Dkt. 307), be marked "Protected Information."

The Clerk's Office is DIRECTED to provide a copy of this Order and docket entries 11, 12, and 14 to counsel for the United States.

December 19, 2023
Alexandria, Virginia

T.S. Ellis, III
Senior United States District Judge